## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| LAURIENCE LACEY, | ) |
|            Plaintiff, | ) |
| v. | ) |
| | ) No. 07-0427-CV-W-FJG |
| VILLAGE GREEN APARTMENTS, et al., | ) |
|            Defendants. | ) |

## ORDER

Pending is plaintiff's motion for default judgment (Doc. No. 26) against defendant Village Green Apartments. Also pending is the Court's Order that plaintiff show cause in writing on or before May 5, 2008, why her claims against defendant Village Green Apartments should not be dismissed for failure to state a claim upon which relief may be granted. (Doc. No. 30). To-date, plaintiff has failed to respond to the Court's Order to show cause.

As discussed in the Court's Order to show cause (Doc. No. 30), defendants Cohen Esery Management Co. and Kansas City Housing Authority successfully moved to dismiss the claims against them on the basis of the expiration of statutes of limitation. See Doc. No. 18. The acts alleged in plaintiff's complaint occurred in 2001 and 2002, and the applicable statutes of limitation are 2 years (FHA) and 4 years (RLBPHRA and LBPPPA). It appears that the same statutes of limitation apply to plaintiff's federal claims against defendant Village Green Apartments. For the same reasons as stated in Doc. No. 18, all federal claims against defendant Village Green Apartments are **DISMISSED WITH PREJUDICE**. The Court declines to extend supplemental jurisdiction to plaintiff's state law claims against defendant Village Green Apartments, if any, and such state law claims are **DISMISSED WITHOUT PREJUDICE**. Plaintiff's motion for default judgment (Doc. No. 26) is **DENIED.**

**IT IS FURTHER ORDERED** that the Clerk of the Court send a copy of this order via

regular and certified mail to plaintiff at the following address: Laurience Lacey, 3735 Highland, Kansas City, Missouri 64109.

**IT IS FURTHER ORDERED** that the Clerk of the Court send a copy of this order via regular and certified mail to defendant Village Green Apartments at the following address: 6800 W. 64th Street, Suite 101, Overland Park, KS 66202.

**IT IS SO ORDERED.**


Date: 5/7/08  
Kansas City, Missouri

S/ FERNANDO J. GAITAN, JR.  
Fernando J. Gaitan, Jr.  
Chief United States District Judge